478 A.2d 127

In the Interest of Chillemi.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.